

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2016

No. 04-16-00311-CV

Dennis **PEREZ**,
Appellant

v.

**FOUR S'S, INC.** D/B/A Express Lube #21,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-09541
Honorable Antonia Arteaga, Judge Presiding

### ORDER

This appeal is dismissed. Appellee Four S's, Inc. D/B/A Express Lube #21 shall recover its costs of this appeal from appellant Dennis Perez.

It is so **ORDERED** on November 2, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2016.

_____
Keith E. Hottle, Clerk